Mark C. Manning
Mark C. Manning, P.C.
1000 O'Malley Road, Ste. 202
Anchorage, Alaska 99515
(907) 278-9794 Fax: 278-1169
manning@alaska.net
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| NORTHRIM BANK, a state chartered bank,<br><br>                 Plaintiff,<br><br>v.<br><br>KIMBERLY DENISE, ex-CHAMPION, official number 522585, and any and all present and future engines, boilers, machinery, components, masts, boats, anchors, cables, chains, rigging, tackle, apparel, furniture, capstans, outfit, tools, pumps, gear, furnishings, appliances, fittings, spare and replacement parts, trailers, and any and all other appurtenances thereto, appertaining or belonging, *in rem,* and LESLIE M. ANDERSON and LUKE D. ANDERSON, *in personam,*<br><br>                 Defendants. | COMPLAINT *IN REM*<br>AND *IN PERSONAM*<br><br>Case no. 3:16-cv- |

**COMPLAINT**

Plaintiff Northrim Bank alleges as follows:

1. This action is brought pursuant to Supplemental Rule C for Admiralty or Maritime Claims, is within the admiralty and maritime jurisdiction of this Court, pursuant to 28 U.S.C. §1333 and 46 U.S.C. § 31325, *et seq.*, and is an admiralty and maritime claim within the meaning of Federal Rule of Civil Procedure 9(h).

2. Plaintiff is and at all times relevant has been a bank chartered under the laws of Alaska, having its principal place of business in Anchorage.

3. The *in rem* defendant, KIMBERLY DENISE, formerly known as CHAMPION, official number 522585, is a vessel documented under the laws of the United States of America. The

vessel is, and at all times relevant has been, owned by Luke D. Anderson. It is a 48.0 registered length, 40 foot registered width steel-hulled commercial fishing vessel now within the jurisdiction of this Court, lying afloat at Kodiak, Alaska.

4. On information and belief, *in personam* defendants Leslie M. Anderson and Luke D. Anderson are Alaska residents.

5. On or about March 14, 2013, Leslie M. Anderson and Luke D. Anderson borrowed $500,000.00 from Northrim. They executed a promissory note, evidencing their joint and several obligations to Northrim. A true and correct copy of the Note is attached hereto as Exhibit 1. The Note obligated Leslie M. Anderson and Luke D. Anderson to pay the principal amount of $500,000.00, with interest, in accord with the terms that appear in the Note.

6. To secure the debt evidenced by the Note, Leslie M. Anderson and Luke D. Anderson executed a Preferred Ship Mortgage against defendant KIMBERLY DENISE ex- CHAMPION. A true and correct copy of the Mortgage is attached hereto as Exhibit 2. The Mortgage was properly recorded with the Coast Guard Vessel Documentation Center and endorsed on the vessel's documents, and is a valid and subsisting preferred mortgage. The Mortgage covers the whole of the Vessel, together with any and all present and future engines, boilers, machinery, components, masts, boats, anchors, cables, chains, rigging, tackle, apparel, furniture, capstans, outfit, tools, pumps, gear, furnishings, appliances, fittings, spare and replacement parts, trailers, and any and all other appurtenances thereto, appertaining or belonging to the mortgaged vessel, whether now or hereafter acquired, and whether on board or not on board, together with any and all present and future additions, improvements and replacements therefor, made in or to the vessel, or any part or parts thereof. In accord with the provisions of the Note and Mortgage, Leslie M. Anderson and Luke D. Anderson's default on the Note and/or Mortgage would entitle Plaintiff to foreclose on the Mortgage on the vessel.

7. Among other terms, the Note payment schedule provided for 5 annual payments of $33,333.33 beginning on December 31, 2013. The Andersons are presently in default of payment of two of the annual payments.

8. The Note also provides that principal would bear interest from March 14, 2013, at a variable interest rate which was to be the highest United States rate of interest published in the

Money and Investing Section of the Wall Street Journal, but in any event not less than 6.5% per annum. The Note provides further that, upon default, the interest rate was to be increase by 5.0%.

9. The Note also provides for a late payment fee of the greater of 10.00% of a regularly scheduled payment or $25.00, if a payment is made 15 or more days late.

10. Both the Note and the Mortgage provide that, upon default in payment, Northrim may declare the entire unpaid balance and all accrued interest immediately due. Northrim hereby exercises that right.

11. Both the Note and the Mortgage further provide that Leslie M. Anderson and Luke D. Anderson are obligated to pay Northrim Bank's costs of collection on the Note and enforcement of the Mortgage, including but not limited to reasonable attorneys' fees and costs, whether or not there is a lawsuit.

12. As of March 23, 2016, due and payable on the note were, at a minimum, the note balance of $466,493.07, interest of $14,602.21, late charges of $7,430.95, overdue late charges of $764.28, collateral expense of $447.23, collection expense of $2,190.00 and legal expense of $4,295.50.

WHEREFORE, Plaintiff prays as follows:

1. that an *in rem* warrant of arrest issue, directing the United States Marshal to arrest the whole of the vessel KIMBERLY DENISE, o.n. 522585, together with any and all present and future engines, boilers, machinery, components, masts, boats, anchors, cables, chains, rigging, tackle, apparel, furniture, capstans, outfit, tools, pumps, gear, furnishings, appliances, fittings, spare and replacement parts, trailers, and any and all other appurtenances thereto, appertaining or belonging to the mortgaged vessel, whether now or hereafter acquired, and whether on board or not on board, together with any and all present and future additions, improvements and replacements therefor, made in or to the vessel, or any part or parts thereof, and to hold the same pending further order of this Court;

2. that Plaintiff be awarded judgment *in rem*, declaring that the Preferred Ship Mortgage created a valid and subsisting maritime lien in favor of Plaintiff against KIMBERLY DENISE, that is prior and superior to all other liens, claims, and encumbrances whatsoever against the Vessel, and foreclosing Plaintiff's Mortgage lien against the Vessel together with any and all present and future

engines, boilers, machinery, components, masts, boats, anchors, cables, chains, rigging, tackle, apparel, furniture, capstans, outfit, tools, pumps, gear, furnishings, appliances, fittings, spare and replacement parts, trailers, and any and all other appurtenances thereto, appertaining or belonging to the mortgaged vessel, whether now or hereafter acquired, and whether on board or not on board, together with any and all present and future additions, improvements and replacements therefor, made in or to the vessel, or any part or parts thereof, for all amounts due on the debt evidenced by the Note and Preferred Ship Mortgage, including without limitation, the note balance of $466,493.07, interest of $14,602.21, late charges of $7,430.95, overdue late charges of $764.28, collateral expense of $447.23, collection expense of $2,190.00 and legal expense of $4,295.50, the exact and additional amounts to be proven at time of trial and judgment, any future late payment charges, costs of collection, reasonable attorney fees and other expenses allowed under the Note and the Mortgage, and at law;

3. that the court issue an order directing the U.S. Marshal to sell the Vessel in accordance with law, and that the sale proceeds be held in the Registry of this Court to be applied first to satisfy Plaintiff's *in rem* judgment;

4. that Plaintiff be allowed to credit bid at the Marshal's sale the amount of debt under the Mortgage in lieu of cash;

5. that Plaintiff be awarded a deficiency judgment *in personam* against Leslie M. Anderson and Luke D. Anderson, jointly and severally, for all amounts due on the debt evidenced by the Note and Preferred Ship Mortgage as alleged in the Complaint, including without limitation, principal, interest, late charges, insurance premium, marine survey costs, costs of collection, including but not limited to costs of arrest and custody, reasonable attorney fees and other expenses allowed under the Note and the Mortgage, and at law; and

6. that Plaintiff be awarded such other and further relief as the Court may deem just and proper in the premises.

/
/
/
/

*Northrim Bank v. KIMBERLY DENISE et al.*
Case no. 3:16-cv-                    4

DATED this 24 th day of March, 2016, at Anchorage, Alaska.

        S/ Mark C. Manning
Mark C. Manning
MARK C. MANNING, P.C.
Counsel for Plaintiff
1000 O'Malley Rd, Ste. 202
Anchorage, AK 99515
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

## VERIFICATION
### 28 USC §1746

I am Assistant Vice-president, Special Credits Officer for Northrim Bank, plaintiff in this action. The facts alleged in the foregoing Complaint are true and correct to the best of my knowledge, information and belief. The sources of my information and the grounds for my belief are the files and records of Northrim Bank, copies of abstracts of title of the vessel, and information furnished me by Northrim Bank personnel and legal counsel. I am authorized to make this verification on Plaintiff's behalf.

3-24-16
Date

Tina Hohnstein

*Northrim Bank v. KIMBERLY DENISE et al.*
Case no. 3:16-cv-      5